

The following constitutes
the order of the court. Signed May 11, 2010

_____
Marilyn Morgan
U.S. Bankruptcy Judge
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. its Successors and/or Assigns
F.040-1288

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>GHEDDY GAJE AKA GHEDDY T. GAJE,<br><br>Debtor.<br><br>_____ | Bk. No. 09-59250<br><br>CHAPTER 13<br><br>R.S. No. DRP – 747<br><br>ORDER FOR RELIEF FROM <u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date : April 28, 2010<br>Time : 3:00 p.m.<br>Place : U.S. Bankruptcy Court<br>       280 South First Street<br>       San Jose, California<br>       Courtroom 3070 |

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest, came on for hearing on April 28, 2010 at 3:00 p.m., before the Honorable Marilyn Morgan. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **3913 Celine Court, Bakersfield, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof. |

1
2
3
4
5
6
7

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **3913 Celine Court, Bakersfield, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

\*\* END OF ORDER\*\*

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | Gheddy Gaje<br>4004 Goodyear Ct.<br>Bakersfield, CA 93306 |
| 4 | Debtor |
| 5 | |
| 6 | Jason Vogelpohl, Esquire<br>Central Coast Bankruptcy |
| 7 | 154 Central Avenue<br>Salinas, CA 93901 |
| 8 | Attorney for Debtor |
| 9 | Devin Derham-Burk<br>P. O. Box 50013 |
| 10 | San Jose, CA 95150-0013<br>Chapter 13 Trustee |
| 11 | |
| 12 | Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100 |
| 13 | Woodland Hills, California 91364 |

-3-